IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,                                 ORDER

        v.                                        07-cr-25-bbc

DARWIN MOORE,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The United States Court of Appeals for the Seventh Circuit has affirmed defendant Darwin Moore's conviction, therefore,

ORDER

IT IS ORDERED that defendant is to report to an institution to be designated by further court order on June 25, 2009 between the hours of 10:00 am and 12:00 noon.

Entered this 22nd day of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1